IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03372-WJM-MJW

MARIA MENDOZA,

Plaintiff(s),

v.

HOSPITALITY STAFFING SOLUTIONS, LLC;
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; and
CHARTIS CLAIMS, INC.;

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that the Joint Motion to Enter Parties' Agreed Protective Order (docket no. 35) is GRANTED finding good cause shown. The written Agreed Protective Order (docket no. 35-1) is APPROVED as amended in paragraph X. and made an Order of Court.

Date: March 24, 2014