IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03372-WJM-MJW

MARIA MENDOZA,

Plaintiff(s),

v.

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and
CHARTIS CLAIMS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order and Extend Case Deadlines (Docket No. 39) is granted. The Scheduling Order (Docket No. 34) is thus amended as follows. The deadline to amend pleadings to include a claim for exemplary damages is August 15, 2014. The deadline for initial expert disclosures is August 15, 2014. The rebuttal expert disclosure deadline is September 16, 2014. The deadline for service of interrogatories, requests for production, and requests for admissions is October 14, 2014. The discovery deadline is November 17, 2014. The dispositive motion deadline is December 1, 2014.

Date: July 1, 2014