IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-CV-03372 WJM-MJW

MARIA MENDOZA

      Plaintiff,

v.

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA;
and CHARTIS CLAIMS, INC.;

      Defendants.

---

**ORDER GRANTING SECOND JOINT MOTION TO AMEND SCHEDULING ORDER
AND EXTEND CASE DEADLINES** ( Docket No. 43 )

---

This matter comes before the Court on the parties' Joint Motion to Amend Scheduling Order (DOC. 34, and as amended DOC. 41) and Extend Case Deadlines. The Court, being fully advised,

HEREBY ORDERS that the Motion is GRANTED. The deadlines in the Scheduling Order shall be as follows:

    a. Discovery Cut-off will be December 16, 2014.

    b. Dispositive Motion Deadline will be January 5, 2015.

    c. Initial Expert Witness Disclosures will be due September 15, 2014.

    d. The Deadline to Amend Pleadings to Include a Claim for Exemplary Damages will be September 15, 2014.

    e. Rebuttal Expert Witness Disclosures will be due October 17, 2014.

1

   f.  Deadline for Service of Interrogatories, Requests for Production of Documents and/or Admissions will be November 14, 2014.

DATED this 13TH day of August, 2014.

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO