IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Civil Action No. 1:13-CV-03372 WJM-MJW

MARIA MENDOZA

    Plaintiff,

v.

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA;
and CHARTIS CLAIMS, INC.;

    Defendants.

---

**ORDER GRANTING THIRD JOINT MOTION TO AMEND SCHEDULING ORDER AND EXTEND CASE DEADLINES** ( Docket No 47 )

---

This matter comes before the Court on the parties' Joint Motion to Amend Scheduling Order (DOC. 46) and Extend Case Deadlines. The Court, being fully advised,

HEREBY ORDERS that the Motion is GRANTED. The deadlines in the Scheduling Order shall be as follows:

    a. Discovery Cut-off will be January 16, 2015.

    b. Dispositive Motion Deadline will be February 5, 2015.

    c. Initial Expert Witness Disclosures will be due November 10, 2014.

    d. The Deadline to Amend Pleadings to Include a Claim for Exemplary Damages will be October 14, 2014.

    e. Rebuttal Expert Witness Disclosures will be due December 15, 2014.

    f. Deadline for Service of Interrogatories, Requests for Production of Documents and/or Admissions February 13, 2015.

2. The Court also vacates the January 5, 2015 Pretrial Conference. The parties shall contact the Court within ten (10) days of this order to reset the Pretrial Conference to a mutually agreeable date and time.

DATED this 15TH day of September, 2014.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2