IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03372-WJM-MJW

MARIA MENDOZA,

Plaintiff(s),

v.

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and
CHARTIS CLAIMS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    In view of the Notice of Settlement (Docket No. 53), it is hereby

    ORDERED that the parties shall file their Stipulation for Dismissal on or before December 16, 2014.  It is further

    ORDERED that the Motion for Leave to Submit An Amended Complaint to Include a Claim for Exemplary Damages (Docket No. 51) is denied without prejudice as moot.

Date: November 5, 2014